**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| GEORGIOU FAMILY TRUST, *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO.: 1:22-CV-00147-WLS |
| | : | |
| PHILLIP V. RUTHEN, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

The Court held a telephone conference in the above-captioned matter on September 26, 2025. This Order memorializes that conference.

First, Defendant Phillip V. Ruthen, who proceeds *pro se*, did not appear at the conference. The Parties are aware of Ruthen's continued non-appearance. (*See* Doc. 232).

Second, Counsel for Defendant L. Lake Jordan discussed his recent Motion to Continue (Doc. 239). Jordan noted that they contacted the expert witness Kim Jackson within the last week and a half regarding the timing of the upcoming trial. The Court noted that Jordan did not mention the unavailability of this witness at the September 2, 2025 pretrial conference. (*See* Doc. 236). The Court advised Jordan that the Court has the technical capabilities necessary for live, virtual testimony by Jackson at trial and requested that Counsel inquire with Jackson about the witness's availability to appear virtually. The Court noted that if Jackson is unavailable for live, virtual testimony, playing a recorded deposition at trial may be necessary. The Court also noted that Jackson's testimony may be scheduled for a certain time at trial as Jackson may require. Defendant Jordan is **INSTRUCTED** to inform the Court regarding the availability of Kim Jackson for live, virtual testimony as soon as possible.

Finally, the Court considered Plaintiffs presence at the telephone conference as a response to the Motion to Continue (Doc. 239) and noted that further formal response is not required.

**SO ORDERED**, this 29th day of September 2025.

                                                   /s/ W. Louis Sands
                                                 **W. LOUIS SANDS, SR. JUDGE**
                                                 **UNITED STATES DISTRICT COURT**