# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| GEORGIOU FAMILY TRUST, *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 1:22-CV-147 (WLS) |
| | : | |
| PHILLIP RUTHEN, *et al.* | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is Defendant Jordan's Motion for Leave to Allow Witness to Testify Remotely at the January 21, 2026, hearing ("the Motion") (Doc. 272). Jordan seeks leave for the mediator in this matter, now-retired United States District Court Judge Timothy C. Batten to testify via Zoom. Judge Batten has been subpoenaed to testify in a criminal jury trial in the United States District Court for the Northern District of Georgia in Atlanta on January 20, 2026, with the possibility of an extension until January 21. Jordan asked Counsel for Plaintiffs and Claimants Tate and Byrd if they would consent to the motion as to Judge Batten, but they had not responded as of January 14, 2026. Jordan also requests that a representative of his insurance carrier be allowed to attend remotely to address any questions the Court or parties might have.

It has long been the Court's practice to require in-person attendance at hearings. Although accommodations were necessary during the COVID-19 pandemic, the Court has returned to its longstanding practice of requiring in-person attendance absent a showing of extraordinary circumstances. However, given the extraordinary circumstances presented by Judge Batten's subpoena and distance, the Court will allow his remote testimony for this hearing. No such circumstances exist, however, for Jordan's insurance carrier.

Accordingly, the Motion is **GRANTED-IN-PART** and **DENIED-IN-PART**. Jordan is directed to contact the courtroom deputy to arrange Judge Batten's remote appearance.

**SO ORDERED**, this 15th day of January 2026.

                                              <u>/s/ W. Louis Sands</u>
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**