**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| GEORGIOU FAMILY TRUST, *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO.: 1:22-CV-00147-WLS |
| | : | |
| PHILLIP V. RUTHEN, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

The Court received notice from the Parties that they have settled all pending claims in the above-captioned action. (Doc. 274). Parties stated they will withdraw all pending motions and responses.

To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file the necessary dismissal documents in writing no later than **Thursday, February 19, 2026**, or otherwise file, by that date, a written update as to the status of the final settlement documents and a motion requesting additional time for good cause. The legal and evidentiary hearing scheduled for **January 21, 2026,** is **CANCELLED**.

Defendant Jordan's Motion to Enforce Settlement and to Seek Leave for Interpleader (Doc. 253), Lester Tate and Charles Byrd's ("Claimants") Notice of Attorney's Lien and Motion to Enforce Contingency Fee (Doc. 257), Claimants' Motion to Intervene (Doc. 258), and Plaintiffs' Motions for Attorney Fees and Costs, for Interest, and to Defer the Contingent Fee Dispute to the Georgia State Bar Fee Arbitration Program (Doc. 262) are all **DENIED-AS-MOOT** without prejudice.

**SO ORDERED**, this 21st day of January 2026.

                                                **/s/ W. Louis Sands**
                                                **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**